AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Commodity Futures Trading Commission )<br>*Plaintiff* )<br>v. )<br>Jody Dupont; Open Range Trading LLC )<br>*Defendant*(s) ) | Civil Action No.   8-16-cv-3258-TMC |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff <u>Commodity Futures Trading Commission</u> recover from the defendant <u>Open Range Trading LLC</u>, *jointly and severally with* defendant Jody Dupont the amount of <u>one hundred thousand</u> dollars ($<u>100,000</u>), plus postjudgment interest at the rate of <u>2.34</u> %.

Additionally, defendant <u>Open Range Trading LLC shall pay</u> *jointly and severally with* <u>defendant Jody Dupont</u>, disgorgement in the amount of <u>ninety-two thousand</u> dollars ($<u>92,000</u>), plus postjudgment interest at the rate of <u>2.34</u> %.

This action was *(check one)*:

■ decided by the Honorable Timothy M. Cain on a motion for default judgment.

Date:   June 22, 2018                           *CLERK OF COURT*

                                                s/L K McAlister, Deputy Clerk
                                                _____
                                                *Signature of Clerk or Deputy Clerk*